**SANJAY S. SCHMIDT (State Bar No. 247475)**
**LAW OFFICE OF SANJAY S. SCHMIDT**
1686 Second St., Suite 219
Livermore, California 94550
Ofc. Phone:   (925) 215-7733
Facsimile:     (925) 455-2486
e-mail: sanjay.schmidt@gmail.com

Attorneys for Plaintiff Gevargiz Shansoff

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| **GEVARGIZ SHANSOFF**, | Case No. 1:13-CV-02095-LJO-GSA |
| Plaintiff,      vs. | |
| **COUNTY OF STANISLAUS, et al.**, | **Stipulation and Order of Dismissal** |
| Defendants. | |

The parties to this action have reached a settlement; now that said settlement is complete, the parties stipulate,[1] by and through their attorneys, that the matter shall be dismissed in its entirety, with prejudice, all sides to bear their own fees and costs.

Dated: March 22, 2015          */s/ Sanjay S. Schmidt*
                               Sanjay S. Schmidt, Attorney for Plaintiff


Dated: March 3, 2015           */s/ Dan Farrar*
                               Dan Farrar, Attorney for Defendants

## Order

Pursuant to the stipulation of the parties, it is hereby ordered that this matter is dismissed in its entirety, with prejudice. All parties shall bear their own fees and costs.

**SO ORDERED**
**Dated: March 24, 2015**

                               **/s/ Lawrence J. O'Neill**
                               **United States District Judge**

---

[1] Pursuant to Local Rule 131(e), approval has been obtained from counsel for both parties to submit this document on counsel's behalf.
Stipulation and Order of Dismissal: Case No. 1:13-CV-02095-LJO-GSA